IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA :

        Plaintiff : Case No. 3:10-CR-132

vs. : HONORABLE MICHAEL R. MERZ

FRIESZELL, Nicholas J. :

        Defendant :

## ORDER AMENDING BOND CONDITIONS

For good cause shown, the Court hereby amends the bond conditions filed in this matter on August 30, 2010, and adds the following conditions:

    *1. Participate in a program of inpatient or outpatient substance abuse therapy or counseling if the pretrial services officer or supervising officer considers it advisable.*

All other bond conditions remain in full force and effect.

Date: April 11, 2012

Michael Newman USMJ for
HONORABLE MICHAEL R. MERZ
UNITED STATES MAGISTRATE JUDGE